**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO CORONADO-FERRA, | No. 10-70639 |
| Petitioner, | Agency No. A017-197-763 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges

Armando Coronado-Ferra, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's removal order.  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1252.  We review de novo questions of law, *Castillo-Cruz v. Holder*, 581 F.3d 1154, 1158-59 (9th Cir. 2009), and we deny the petition for review.

The BIA properly applied the modified categorical approach in determining that Coronado-Ferra's 2008 conviction under Cal. Penal Code § 666 was a generic theft offense within the meaning of 8 U.S.C. § 1101(a)(43)(G) where the record of conviction establishes that he was not convicted of theft by false pretenses.  *See Carrillo-Jaime v. Holder*, 572 F.3d 747, 751-53 (9th Cir. 2009).  Coronado-Ferra is therefore removable as an aggravated felon under 8 U.S.C. § 1227(A)(iii) and ineligible for cancellation of removal under 8 U.S.C. § 1229b(a)(3).

In light of our disposition, we need not reach his remaining contention.

**PETITION FOR REVIEW DENIED.**

10-70639